JOHN A. ELMORE, Respondent, v. ELIZABETH B. SNOW et al., Appellants. — REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.